ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KRISTEN M. LEE (State Bar No. 239464)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0332
    Facsimile: (213) 894-7819
    Email: Kristen.Lee@usdoj.gov

Attorneys for Defendant
United States Postal Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SIMPSON, DENNIS W., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant. | Case No. CV 10-01635 RGK (FFMx) <br><br> **[PROPOSED] JUDGMENT** <br><br> [Fed. R. Civ. P. 56] <br><br> Date: January 3, 2011 <br> Time: 9:00 a.m. <br> Courtroom: 850 <br><br> Hon. R. Gary Klausner |

    Defendant's Motion For Summary Judgment came to this Court before the Honorable R. Gary Klausner, United States District Judge. The Court, having fully considered the evidence and the papers, counsel having had the opportunity to present argument, and a decision having been duly rendered,

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendant United States Postal Service with respect to Plaintiff's claim for breach of contract/fair representation, and that Plaintiff's action be dismissed with prejudice.

SO ORDERED this 14th day of January, 2011

_____
R. GARY KLAUSNER
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


KRISTEN M. LEE
Assistant United States Attorney
Attorneys for Federal Defendant
United States Postal Service